IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREI GLUCK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:19-cv-02518-M-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 24, 2020 (ECF No. 20). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Return of Seized Property (ECF No. 4) is DENIED. Plaintiff may file an amended complaint bringing a *Bivens* claim within 30 days of the date of this Order.

**SO ORDERED,** this 20th day of July, 2020.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE

1